# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

129252

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID ALEXANDER, THOMAS
BABCOCK, MARK BOOTH, JAMES
BROOKS, DOUGLAS BYRNES,
DENNIS CHILDS, JACQUELINE DONELAN,
GARY FOWLE, DAVID FRENCH,
CRAIG GARNER, TIMOTHY GARNER,
DAVID HALFPAP, PATRICK HARRIS,
TROY HENRY, SR., BRYAN HOKE,
DENNIS HYATT, RICHARD JONES,
BRUCE LADD, RICHARD MATHIAK,
SHAUN MEARS, JAMES MILLER,
WILLIAM MILLER, BOBBY MOORE,
ALLAN NOWAKOWSKI, RICHARD
PEMBERTON, BRIAN PHELAN,
RICHARD RICKMAN, CHARLES
SCHEETER, TRACY SHAY, ERIC
SWISHER, JEFFREY SYSOL,
NORMAN THOMPSON, CARY TRIPP
and MICHAEL ZOLTANSKI,
            Plaintiffs-Appellants,

v

PERFECTION BAKERIES, INC.,
            Defendant-Appellee.

SC: 129252
COA: 253048
Jackson CC: 03-003003-NZ

_____/

On order of the Court, the application for leave to appeal the June 28, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

s1219